IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHARLES MERIWEATHER.
    Petitioner,

vs.                                        Case No.: 5:11cv118/MCR/EMT

PAIGE AUGUSTINE,
    Respondent
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 30, 2012 (doc. 19). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), but no objections have been filed.[1]

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The amended petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (doc. 5), is **DENIED and DISMISSED with prejudice.**

**DONE AND ORDERED** this 4th day of June, 2012.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] The Clerk's office staff notes reflect that the Report and Recommendation was returned as undeliverable and that, according to the BOP website Inmate Locator, the plaintiff was released April 30, 2012.